IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Daniel Mollohan, on behalf
of Christopher D. Mollohan,        :

          Plaintiff,               :

     v.                            :     Case No. 2:10-cv-914

Commissioner of Social                   JUDGE GREGORY L. FROST
     Security,                     :     Magistrate Judge Kemp

          Defendant.               :

ORDER

     This case is before the Court to consider a Report and
Recommendation issued by the Magistrate Judge on June 27, 2011.
The time for filing objections has passed, and no objections have
been filed to the Report and Recommendation.  Therefore, the
Court ADOPTS the Report and Recommendation.  The plaintiff's
statement of errors (#10) is SUSTAINED to the extent that this
case is remanded to the Commissioner for further proceedings
pursuant to 42 U.S.C. §405(g), sentence four.

     IT IS SO ORDERED.


                              ___/s/ Gregory L. Frost___
                              GREGORY L. FROST
                              UNITED STATES DISTRICT JUDGE